# LEE LITIGATION GROUP, PLLC

148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct:   (212) 465-1188
cklee@leelitigation.com

June 18, 2019

**VIA ECF**

The Honorable Vernon S. Broderick, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Santana v. DeJuan Stroud, Inc. et al*
      Case No. 18-cv-3402

Dear Judge Broderick:

We are counsel to Plaintiff and write to respectfully request permission to file a redacted version of the supplemental fairness submission's Exhibit B.  This exhibit consists of Plaintiff's counsel detailed time records.

We thank Your Honor for considering this matter.

Respectfully submitted,

  s/ C.K. Lee
C.K. Lee, Esq.

Encl.